88 P.3d 1209

# SUPREME COURT OF HAWAI'I

**April 21, 2004**

| 24661 | State v. Fergerstrom | Affirmed |
|-------|----------------------|----------|

**April 27, 2004**

| 23559 | Skellington v. Lopez | Vacated and Remanded |
|-------|----------------------|----------------------|
| 23777 | State v. Detroy | Dismissed |

**April 29, 2004**

| 24525, 24526, 24527 | State v. Boyd | Affirmed |
|-------|----------------------|----------|
| 23397 | State v. Hayashi | Affirmed |
| 25836 | State v. Rita | Affirmed |

**April 30, 2004**

| 23775 | Hindman v. Microsoft Corp. | Affirmed |
|-------|----------------------------|----------|
| 24019 | State v. Rodenhurst | Affirmed |
| 25838 | State v. Rodenhurst | Affirmed |